IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 AM 8: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ROBERT E. BANKS,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,
and SUZANNE REDMOND,

    Defendants.

No. 03-2980 M1/P

## ORDER GRANTING MOTION FOR CONTINUANCE
## AND
## ORDER RESETTING TRIAL AND PRETRIAL DATES

Before the Court is the motion of Defendant Suzanne Redmond for a continuance, filed July 15, 2005. Good cause having been shown, the Court GRANTS the motion and RESETS the trial dates in this case as follows:

Trial: The Jury trial in this matter is set to begin on <u>Tuesday, October 11, 2005, at 9:30 a.m.</u> in courtroom no. 4.

Pretrial Conference: A pretrial conference is set for <u>Monday, October 3, 2005, at 9:00 a.m.</u>

Pretrial Order: The pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>Monday, September 26, 2005</u>.

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 25 day of July, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-26-05

60

<60" />

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:03-CV-02980 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

C. Timothy Crocker
CROCKER LAW FIRM
1026 College St.
Ste. 202 Bancorp South Bldg.
Milan, TN 38358

Stanley E. Graham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

James W.J. Farra
WALLER LANSDEN DORTCH & DAVIS
Nashville City Center
511 Union St.
Ste 2700
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT