IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROBERT E. BANKS, | ) |
|     Plaintiff, | ) |
| vs. | ) Civil Action No. 03-2980 |
| UNITED PARCEL SERVICE, INC., and SUZANNE REDMOND, | ) |
|     Defendants. | ) |

### AGREED ORDER FOR EXTENSION OF TIME

The parties, by and through their respective counsel, submit to the Court their agreement that the parties shall have an extension of time in which to submit their proposed jury instructions and voir dire questions. The parties shall have until 4:30 p.m. on Monday, October 3, 2005, to submit their proposed jury instructions and voir dire questions.

ENTERED this 26 day of September, 2005.

*[signature]*
JUDGE McCALLA

1147635.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-26-05

67

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:03-CV-02980 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

James W.J. Farra
WALLER LANSDEN DORTCH & DAVIS
Nashville City Center
511 Union St.
Ste 2700
Nashville, TN 37219

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Stanley E. Graham
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

C. Timothy Crocker
CROCKER LAW FIRM
1026 College St.
Ste. 202 Bancorp South Bldg.
Milan, TN 38358

Honorable Jon McCalla
US DISTRICT COURT